ORIGINAL

FILED
JUL 1 - 2005
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-

SANDRA MARIE ANDERSON,

          Defendant,

and

WILLIAM ANDERSON, MICHAEL BEALE,
HANDLON, EASTMAN, DEWITT & BEALE, PC.,
JOHN CARRAS, and CARRAS LAW OFFICE, PLLC,

          Garnishee./

CASE NO. 2:05CV72400

HON. PATRICK J. DUGGAN

**Proof of Service - Mailing**

I __Loretta Renz__ Certify that I mailed a copy of this document to all of the parties or their attorney(s) of record herein of record by first class mail with postage prepaid on __6/28/05__
Sworn to before me on __6/28/05__
_____ Notary Public
Bay acting in Midland County, Michigan
My Commission Expires: __8-4-07__

## ANSWER OF THE GARNISHEE

    __Michael J. Beale__, DEPOSES AND SAYS:

A.    IF GARNISHEE IS AN INDIVIDUAL: That he/she is Garnishee herein doing business

in the name of __N/A__.

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a __N/A__ of a partnership composed of which Garnishee is

a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the __shareholder__ of Garnishee, a corporation, organized under

the laws of the State of __MI__.

B.    On __6/17/05__, Garnishee was served with the Writ of Continuing Garnishment. For

ecfdoc

the pay period in effect on the date of service __6/17/05__.

Yes ____  No __X__   1. Defendant was in my/our employ.

    2.    Pay period is ___ weekly, ___ bi-weekly ___ semi-monthly, ___ monthly.    N/A

Enter date present pay period began. _____

(Present means the pay period in which this order and notice of garnishment were served).

Enter date above pay period ends. _____

3. Enter amount of net wages. Calculate below:    N/A

    (a) Gross Pay    $ _____

    (b) Federal Income Tax    $ _____

    (c) F.I.C.A. Income Tax    $ _____

    (d) State Income Tax    $ _____

    (e) City/Local Income Tax    $ _____

    Total of tax withholdings    $ _____

    Disposable Earnings    $ _____
    (a less total of b,c,d,e)

    (f) 25% of disposable earnings    $ _____

ecfdoc

4. Have there been previous garnishments which are presently in effect.

(Including but not limited to child support and alimony.)

If the answers is yes, describe below.    N/A

_____

_____

_____

C.    The Garnishee has custody, control or possession of the following property (other than disposable earnings indicated above), in which the Debtor maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | certified check | $22,500.00 | Judgment of Divorce property settlement |
| 2. | | | |
| 3. | | | |

D.    Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

Amount    N/A            Estimate date or Period Due

1.  $_____        _____

2.  $_____        _____

3.  $_____        _____

4.  $_____        _____

E.    Check the applicable line below if you deny that you hold property subject to this order of

ecfdoc

garnishment.   N/A

___ The Garnishee makes the following claim of exemption on the part of Defendant:

___ Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

___ The Garnishee was then in no manner and upon no account indebted or under liability to the defendant, SANDRA MARIE ANDERSON, and that the Garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

F.   The Garnishee mailed a copy of this answer by first-class mail to (1)(defendant), at: c/o John Carras, Esq., 1605 Ashman St., Midland, MI 48640 and (2) the attorney for the United States, Jacqueline M. Hotz, Assistant United States Attorney, 211 W. Fort St., Ste. 2001, Detroit, Michigan 48226.

I swear the above to be true to the best of my knowledge.

_____
Garnishee / MICHAEL J. BEALE

Date: June 28, 2005

ecfdoc

## ATTACHMENT TO ANSWER OF GARNISHEE

The original answer must be mailed to:

> Clerk, United States District Court
> Theodore Levin Courthouse
> 231 W. Lafayette, 5th Floor
> Detroit, Michigan 48226

and a copy of this answer to:

> United States Attorney's Office
> Financial Litigation Unit
> 211 W. Fort Street
> Suite 2001
> Detroit, Michigan 48226

and a copy of this answer to the defendant:

> SANDRA MARIE ANDERSON
> C/o John Carras, Esq.
> Carras Law Office, PLLC
> 1605 Ashman Street
> Midland, MI 48640

ecfdoc