UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

Case No. 05X72400
Hon. Patrick J. Duggan

SANDRA MARIE ANDERSON
        Defendant,

and

WILLIAM ANDERSON, et al
        Garnishees
_____/

## STIPULATION FOR ENTRY OF GARNISHEE ORDER TO PAY

This matter having come before the Court upon a Writ of Garnishment, Sandra Marie Anderson having consented to the garnishment, no objections having been filed, the parties through their undersigned counsel consent to the entry of an order to pay.

CARRAS LAW OFFICE, PLLC

By: s/JOHN CARRAS
Attorney for Defendant
1605 Ashman Street
Midland, MI 48640-5451
Phone: (989)631-7320
Bar No. P57577

STEPHEN J. MURPHY
United States Attorney

By: s/JACQUELINE M. HOTZ
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9108
E-mail: Jackie.Hotz@usdoj.gov
Bar Number: P35219

ecfdoc